# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

ENRIQUE ALFREDO           §
TAVARES,                  §
    Plaintiff,      §
                          §
v.                        §
                          §          **EP-17-CV-289-PRM**
                          §
LASALLE CORRECTIONS       §
EMERALD CORRECTIONAL      §
MANAGEMENT WEST           §
TEXAS DETENTION           §
CENTER, et. al.,          §
    Defendants.    §

## ORDER APPROVING AND ADOPTING REPORT
## AND RECOMMENDATION OF MAGISTRATE JUDGE

On this day, the Court considered the Magistrate Judge's "Report and Recommendation" (ECF No. 73) [hereinafter "R&R"], filed on May 31, 2018, in the above-captioned cause. The R&R advises the Court to dismiss all of Plaintiff's claims pursuant to 28 U.S.C. § 1915 for failure to state a claim for which relief may be granted. R&R 1,3. Having reviewed the R&R, and there being no objection to the R&R timely filed by either party pursuant to 28 U.S.C. § 636(b)(1)(C), the Court concludes that the R&R is neither clearly erroneous nor contrary to the

law.  Consequently, the Court is of the opinion that the R&R should be approved and adopted.

Accordingly, **IT IS HEREBY ORDERED** that the "Report and Recommendation" (ECF No. 73) is **APPROVED** and **ADOPTED**.

It is **FURTHER ORDERED** that Plaintiff Enrique Alfredo Tavares's "Complaint" (ECF No. 6), filed on October 13, 2017, is **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this matter.

**SIGNED** this **22nd** day of **August, 2018**.

_____
**PHILIP R. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**